IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

FILED - CLERK
U.S. DISTRICT COURT
2004 JUN 30 PM 3: 52
TX EASTERN-BEAUMONT
BY _____

| | | |
|---|---|---|
| TOMMY A. CARY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | C.A. No. 1:04-CV-0205 |
| | § | |
| UNUM LIFE INSURANCE COMPANY OF AMERICA, | § | |
| | § | |
| Defendant. | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties have announced to the Court that the matters in controversy herein have been settled. In accordance with the stipulation for dismissal with prejudice signed by counsel for the parties, it is

ORDERED that all claims, demands, debts, or causes of action asserted or assertable herein by Plaintiff Tommy A. Cary against Defendant Unum Life Insurance Company of America ("Unum Life") are DISMISSED WITH PREJUDICE; it is further

ORDERED that Unum Life's disability insurance policy no. LAD 015717 is CANCELLED and no longer of any force or effect; and it is further

ORDERED that all attorney's fees and court costs are taxed against the party incurring them.

SO ORDERED.

SIGNED this 29th day of June, 2004.

_____
Ron Clark, U.S. District Judge

**AGREED ORDER OF DISMISSAL WITH PREJUDICE** - Page 1

AGREED:

By: _____
James E. Wimberley
State Bar No. 21750350

MCPHERSON, MONK, HUGHES,
  BRADLEY & WIMBERLEY, LLP
3120 Central Mall Drive
Port Arthur, Texas 77642
(409) 724-6644
(409) 724-7585 (telecopy)

ATTORNEYS FOR PLAINTIFF
TOMMY A. CARY

By: _____
Andrew C. Whitaker
State Bar No. 21273600
Attorney-In-Charge

OF COUNSEL:
Mark T. Davenport
State Bar No. 05418000

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas  75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
UNUM LIFE INSURANCE COMPANY
OF AMERICA